IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| VEDA STRODER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:09CV335 |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith,

IT IS ORDERED that Defendant's Motion for Summary Judgment is DENIED as to Plaintiff's claims under the Family Medical Leave Act (Counts 1-3), but is GRANTED as to Plaintiff's claim for wrongful discharge under state law (Count 4).

This, the 30th day of August, 2010.

                                                  United States District Judge